Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDRA DUNSON, | ) |
| | ) CASE NO.: 2:12-cv-02982-MMM-JCG |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER AWARDING |
| MICHAEL J. ASTRUE, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the terms of the stipulation.

DATED:  August 24, 2012

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE